**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| RPOST HOLDINGS, INC., et al.<br><br>Plaintiffs<br><br>v.<br><br>COMPROVA.COM INFORMATICA S/A,<br><br>Defendant | § § § § § § § § § § § § § Case No. 2:11-CV-262-JRG |

## ORDER

The Court enters this Order *sua sponte*. On August 22, 2014, the Court ordered the plaintiff to show cause within thirty (30) days why this action should not be dismissed for want of prosecution. To date, the Court has not received a response from the plaintiff. Accordingly, the Court finds that the above-styled matter should be and hereby is **DISMISSED FOR WANT OF PROSECUTION.**

. **So Ordered and Signed on this**

**Sep 25, 2014**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE